IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:12cr104-MHT
FRANK J. TEERS              )           (WO)
```

ORDER

For the reasons stated in open court on November 26, 2013, it is ORDERED that defendant Frank J. Teers's motion for new trial, made on the record on November 25, 2013, is denied.

***

The Eleventh Circuit Court of Appeals has a five-part test for granting such a motion: (1) the evidence was discovered after trial, (2) the failure of the defendant to discover the evidence was not due to a lack of due diligence, (3) the evidence is not merely cumulative or impeaching, (4) the evidence is material to issues before the court, and (5) the evidence is such that a new trial

would probably produce a different result.  United States v. Starrett, 55 F.3d 1525, 1554 (11th Cir. 1995).  If the court is convinced that a new trial would not probably produce a different result, it does not need to analyze the other requirements.  Id.  The court has applied this test to motions filed before sentencing.  See United States v. Porter, 293 F. App'x 700, 703-704 (11th Cir. 2008).

Defendant Teers has failed to satisfy the above five-part test.  The court is definitely not convinced that the evidence is such that a new trial would probably produce a different result.  Also, Teers and his counsel were fully aware before and during trial that co-defendant Mock had suffered a stroke and, as a result, had limitations; indeed, the court itself observed such during the trial.  Teers could have testified himself at trial that Mock had such limitations at the time of the offenses; he could have pursued, from Mock's family members and friends, evidence about how Mock's

2

limitations were manifested in everyday life back then; and he could have asked these family members and friends to testify to the same at trial.

DONE, this the 26th day of November, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE