IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr104-MHT |
| | ) | (WO) |
| **FRANK J. TEERS** | ) | |

### ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 2, 2014 (doc. no. 525), affirming the judgment of conviction and sentence pronounced in this case as to defendant Frank J. Teers on November 27, 2013, and entered on December 9, 2013 (doc. no. 401), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on January 6, 2015, and received in the office of the clerk of this court on January 6, 2015 (doc. no. 537), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Frank J. Teers on November 27, 2013, and

entered on December 9, 2013 (doc. no. 401), is continued in full force and effect.

DONE, this the 7th day of January, 2015.

                                          /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**