IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr104-MHT** |
| | ) | **(WO)** |
| **FRANK J. TEERS** | ) | |

## ORDER

Upon consideration of defendant Frank J. Teers's motion to correct restitution amount (doc. no. 543), it is ORDERED that the government and probation show cause, if any there be, in writing by June 22, 2015, as to why said motion should not be granted.

DONE, this the 9th day of June, 2015.

                                /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**