IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr104-MHT** |
| | ) | **(WO)** |
| **FRANK J. TEERS** | ) | |

**ORDER**

It is ORDERED as follows:

(1) Defendant Frank J. Teers's motion to correct restitution amount (doc. no. 543) is granted.

(2) The judgment (doc. no. 401) shall be amended to reflect the proper restitution amount of $31,280,414.

DONE, this the 27th day of July, 2015.

                                                /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**