IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )       2:12cr104-MHT
                            )            (WO)
FRANK J. TEERS              )
```

ORDER

This case is before the court on defendant Frank J. Teers's petition for early termination of supervised release. The court agrees that his supervision should be terminated early. According to the U.S. Probation Office, Teers has complied with all of the conditions of his supervised release. He continues to make monthly payments toward restitution, has tested negative for drugs, and has "demonstrated a pattern of stability" during his terms of release. *See* Government's Response (Doc. 555). There is no information to suggest that he has engaged in new criminal conduct since his supervised release began in 2020. Further, the government does not oppose the motion.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 553) is granted; that defendant Frank J. Teers's supervised release is terminated; and that defendant Teers is discharged.

DONE, this the 5th day of December, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE